United States District Court
for
Puerto Rico

Jaime A. Diaz O'Neill

Case No. 22-cv-1024(SCC)

v.

Jury Trial ☑ Yes ☐ No

Puerto Rico Aqueduct And
Sewer Authority et-als

Complaint for A Civil Case

I. The Parties for This Complaint
   A. The plaintiff

   1. Jaime A. Diaz O'Neill
      PO box 9793
      San Juan, PR 00908
      787-447-2424
      JaimeaDiazONeill@ymail.com

   B. The Defendants

   1. Puerto Rico Aqueduct And Sewer Authority et-als
      604 ave. barbosa edif. Sergio Cuevas Bustamante
      Hato Rey, PR San Juan.

2. Mrs. Doriel Pagan Crespo executive director in His official Capacity, in His individual Capacity 604 ave. barbosa edif. Sergio Cuevas Bustamante Hato Rey, San Juan PR
787-620-2277

3. Mr. Edwin Rivera Cardona, labor relations employee in His official Capacity, in His individual Capacity 604 ave. barbosa edif. Sergio Cuevas Bustamante Hato Rey, San Juan PR
787-620-2277

4. Mrs. Ainez Medina Resto, labor relations director in His official Capacity, in His individual Capacity 604 ave. barbosa edif. Sergio Cuevas Bustamante Hato Rey, San Juan PR
787-620-2277

5. Mrs. Glorimar Chiclana Ocasio, Human Resources Director in His official Capacity, in His individual Capacity 604 ave. barbosa edif. Sergio Cuevas Bustamante Hato Rey, San Juan PR
787-620-2277

6. Mrs. Raquel Matos Rolon, legal Division Director in His official Capacity, in His individual Capacity 604 ave. barbosa edif. Sergio Cuevas Bustamante Hato Rey, San Juan PR  787-620-2277

II. Basis for jurisdiction

What is the basis for federal court jurisdiction?

☑ Federal question   ☐ Diversity of Citizenship

A. If the basis for jurisdiction is a federal question list the specific federal statutes, and/or provisions of the United States Constitution that are issue in this case.

1. Employee retirement income security Act
29 USC 1132

2. Labor Management relations

3. Other labor litigations

4. Other Civil rights

5. Other personal property

6. Social Security

7. Constitutional rights

8. Damages

B. if the basis for jurisdiction is Diversity of Citizenship

N/A

C. the Amount in Controversy the plaintiff claims the defendants owes is More than $75,000 Not Counting Interest and others, damages.

## III. Statement of Claim

1. that Mr. edwin Rivera Cardona employee of the labor relations area of the Puerto Rico Aqueduct and Sewer Authority subscribed a false Affidavit on the grounds of a place where physically Mr. Jaime A. Diaz Colin was never.

2. That as a consequence Mr. Jorge Rodriguez Ruiz Sign a letter of Summary dismissal without any appeal forum, the dismissal letter Signed by Jorge Rodriguez Ruiz Never established a forum to appeal his signature on the paper within a period of time according to contractual provisions, in abuse of a political chair, in violation of my due process of law, to my Human rights, to my Constitutional rights, to my Personal rights, in a Society of Humans, of Persons.

3. That Mr. Luis R. Cabrera or Vega abandoned his functions and duties at 11:06 PM of the 19 of february of 2004 in the Telephone Call Center Puerto Rico Aqueduct and Sower Authority 604 ave. Barbosa, to cover it up Edwin Rivera Cardona fabricated a false affidavit on the grounds of a place where phisically Mr. Jaime A. Diaz O'Neill was never.

4. That prior to the dismissal letter there was never verbal or written communication about the manufactured process created in Human Resources and labor relations area, by Edwin Rivera Cardona on the grounds of a place where I was never, Mr. Rivera Cardona manufactured, fabricated a new summary dismissal from his chair of employee of labor relation area or his move in his record as labor relation employee.

5. That as a consequence Mr. Jaime A. Diaz O'Neill go to the established forum with primary and exclusive jurisdiction the Puerto Rico labor relation board, the exclusive forum.

6. That as a consequence the Puerto Rico labor relation board adjudicate the case in favor of Mr. Jaime A. Diaz O'Neill.

7. That as recent as 5 of November of 2021 the Court of appeals for Puerto Rico Notify Amended resolution on the restitution of Mr. Jaime L. Diaz Quell to the Puerto Rico Aqueduct and Sewer Authority.

8. That the notification was received by Mr. Edwin Rivera Cardona the person who made and subscribed the affidavit and employee of labor relation area who refuses reinstate me on my job.

9. That the notification was received by Mrs. Doriel Pagan Crespo executive director of the Puerto Rico Aqueduct and Sewer Authority who refuses reinstate me on my job.

10. That the notification was received by Mrs. Aidez Medina Rosto Director of labor relations of the Puerto Rico Aqueduct and Sewer Authority who refuses reinstate me on my job.

11. That the notification was received by Mrs. Glowmar Chiclana Occeso Human Resources director, who refuses reinstate me on my job.

12. That the notification was received by Mrs. Raquel Matos Rolon Director of legal Division of the Puerto Rico Aqueduct and Sewer Authority who refuses reinstateme on my job.

13. That even though all of them have been notified they refused to initiate the process of restitution depriving me of my right to a pension, depriving me of my right to contribute to my Social Security, depriving me to the equal protection of the laws, depriving me of my constitutional right to work, depriving me of my constitutional rights, depriving me of my right to worker contribution, depriving me of my right to contribute to the federal government, depriving me of wages, depriving me to contribute to my retirement, depriving of my property my right to work, causing more damages to existing ones unnecessarily, causing the loss of a home to live, abusing Human rights from a political affair.

14. That as a consequence of the refusal of Edwin Rivera Cardona, Doriel Pagan Crespo, Ainez Medina Rosado, Gloria Mar Ottic Long Ocasio

Raquel Matos Rolon for all of them. Today I am Homeless living inside a Motor Vehicle. They Acted and Act in bad faith, with ego problems, in negligence, knowingly hiding behind the legal figure of the Corporation with arrogance and personal malice towards giving a slow death, trying to condemn a Human being to permanent indigence, homelessness in the life.

### IV Relief

I am requesting from a jury to order my immediate restitution to the Puerto Rico Aqueduct and Sewer Authority my job with all the rights inherent to my position, I am requesting from a jury order the payment of the loss of my personal house, I am requesting from a jury order the payment of all the damages to my personal life, in accordance, the defendant w/s owes is more than $75,000.00

I am requesting a jury trial

V Certification and Closing

I certify to the best of my knowledge the information that it is in this complaint.

Jaime A. Diaz Jr
PO box 9793
San Juan, PR 00908
787-647-2424
JaimeaDiazONeill@ymail.com

12 of January of 2022