United States District Court
For
Puerto Rico

Jaime A. Diaz O'Neill

v.                                                                22-cv-1024

Puerto Rico Aqueduct and
Sewer Authority et-als

Urgent Motion requesting transfer to the United States District Court for the District of Columbia

To the Honorable Court:

Appears Mr. Jaime A. Diaz O'Neill, in its own right who subscribes and very respectfully exposes, alleges and request:

1. Request urgently from the district court of Puerto Rico immediately move this case 22-cv-1024 out of the United States District Court of Puerto Rico to an impartial federal District Court of the United States

2. Requesting transfer to the United States District Court for the district of Colombia 333 Constitution avenue NW Washington DC 20001

For all of which attached document 04 of april of 2022

Take legal notice and transfer the case in accordance.

Respectfully Submitted

Today 29 of april of 2022

Jaime L Diaz Natal

PO box 9793
San Juan PR 00908

787-447-2428

Jaimeadiaznatal@ymail.com

Certificate of Service

I Jayme A Diaz (Null) Hereby Certify under penalty of perjury that on 29 of april of 2022 I serve copies of Urgent Motion requesting transfer to the United States District Court for the District of Columbia, to the following parties by email.

Settles/evasquito llc
Po box 363128
San Juan PR 00936
787-765-4644

erika Berrios Berrios
eberrios@sdlawpr.com

Jose L. Maymi-Gonzalez
jmaymi@sdlawpr.com