**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE APELACIONES**

Autoridad de Acueductos
y Alcantarillados de PR

VS

Jaime A. Díaz Colt

(asesinato)

NÚM CASO TA: KLRa-2010-00857

PROCEDENCIA-NÚM DE CASO ANTERIOR

SOBRE: CA-2005-07
Junta de Relaciones del Trabajo de Puerto Rico

MOCIÓN: Urgente Expediente

COMPARECE: Jaime A. Díaz Colt por Derecho Propio

1) en el año 2004 el ex juez Corrupto abner limardo, se encontraba Robando en el comité de querellas según existía en el piso 6 de la Autoridad de Acueductos y Alcantarillados, se encontraba realizando dichos actos de Robo adjunto a Hector Rene Nogay, Juan Agosto Alicea, Vicente Núñez Colón, entre otros corruptos dentro de la Corporación Pública.

2) la sra. Sila Calderón participaba del Robo y dividía dicho producto del Robo con el sr. Juan Agosto Alicea, cuando el pueblo de Puerto Rico adviene en conocimiento de que se había emitido un cheque de 4 millones de dólares a ser repartido entre los mencionados se cerró el único lugar en todo el gobierno de Puerto Rico de este tipo, es decir no existía en el gobierno de Puerto Rico un foro con dicha exclusividad y fue mucho el dinero que se Robó alli entonces.

3) tu no le puedes imputar el acto de asesinato a un ciudadano que nunca estuvo en un lugar donde se alega que ocurrió dicho asesinato, el 19 de febrero de 2004 el sr. Jaime A. Díaz Colt NO se encontraba en la Autoridad de Acueductos y Alcantarillados por lo tanto exponer tal aseveración sería falsa, y serían incompetentes los jueces que así afirmaran.

4) Este expediente esta relacionado con el asesinato del Sr. Marcial Diaz Jimenez 2 de diciembre de 2005 y ocurrio 3 dias despues que el esposo de la Sra. Emoline garcia garcia ex directiva de Recursos Humanos de la AAA ex Jueza de este Tribunal de apelaciones Guillermo Figueroa Prieto le enviara una carta de divorcio al Sr. Marcial Diaz Jimenez en nombre de la Sra Sonia Hernandy esposa entonces de Marcial Diaz Jimenez. Cabe señalar que la Sra Emoline garcia garcia Salio de la AAA a laborar aqui a este Tribunal por el nombramiento de la Sra. Sila Calderon.

5) Cabe Señalar el que esta Señora Emoline garcia garcia ha tratado de esconderse tras la figura del panel del fiscal especial independiente por el nombramiento de garcia padilla.

6) desde el año 2004 hasta el 2010 el Sr. Carmelo Diaz Nuell fue privado del debido proceso de ley es decir la Sra. Yolanda Toyos Olascoaga el Sr. Hommy enrique Montero Luego de con Sular el asesinato de Marcial Diaz Jimenez Con la ayuda del, tambien ex juez Carmelo Carlos S. Davila Velez quien presidia la Sala Civil de San Juan adjunto a el, Sr. Juan Navarro Salgado abogado de la division legal de la Junta de relaciones del Trabajo Conjuraron la privacion del debido proceso de ley, yo nunca participe de un proceso por el cual se expidiera decision y/o sentencia o cualquier otra decicion, la Sentencia que emitio este Tribunal en el año 2010 Se emitio a Ives Moses de yo estar en la Ciudad de Buffalo NY, en el expediente no esta devuelta de correo dicha sentencia y donde este Tribunal la desaparecio no esta en el expediente.



7) Yo le estoy imputando a el Sr. Rivera Román, Ramos Torres Sánchez Hernández la participación y encubrimiento del asesinato del Sr. Marcial Díaz Jiménez acuñado a la Sra. Emeling García García quien salió de la AAA a este Tribunal a lo Sóval por instrucciones de la Sra. Sila Calderón, asesinaron a Marcial Díaz Jiménez bajo la insignia del Partido Popular y la dirección del corrupto departamento de Justicia bajo Roberto Sánchez Ramos actual administrador de este Tribunal, tenemos dentro de este Tribunal individuos con nombre y apellido que participaron del asesinato y encubrimiento como lo es Roberto Sánchez Ramos, y luego del intento fallido de robo de Asner Marco, Yonsecosta Díaz, Vicente Nifa Colón, Hector Ruiz Lugo, Carlos S. Dávila Vélez que disolvió el corrupto Comité de querellas en la Corporación Pública por el robo de 4 millones de dólares.

8) No existe una transcripción de debido proceso de ley donde yo alla estado presente en un asunto bajo mi nombre, no existe un proceso donde yo alla participado, los tres jueces alegados que desconozco como llegaron a este Tribunal, quien los puso aquí, fueron puestos de dedo, en caso de Torres, ustedes tres los jueces originales en este expediente son unos incompetentes y asesinos abusadores que nunca debieron estar aqui, ustedes se han dedicado a secuestrar para encubrir el asesinato de Marcial Díaz Jiménez, y el de Wallis Rodriguez asesinado en igual condiciones por un grupo de pillos infelizes dedicados al robo.

Por todo lo cual

Se solicita copia del KLRA-2010-00851 libre de costo por indigencia y por estar relacionado a un asesinato del cual ustedes Por Noviar y que no Prescribe.

James Díaz (Null)                    787-447-0434
PO Box 9793
San Juan PR 00908                    JamesDiazONull@ymail.com